Northwest Debt Relief Law Firm
1312 Main St
Vancouver, WA 98660
Tel: (503) 232-5303

Attorney for Debtor.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| In re:<br>    Paul Richard Meade<br>    Barbara Rae Meade (deceased),<br><br>               Debtors. | Case No. 14-35776-dwh13<br><br>EX PARTE<br>MOTION TO WAIVE DISCHARGE<br>REQUIREMENTS |

    The debtor, Paul Meade, by and through counsel, hereby moves this Court for an Order Waiving the Domestic Support Certificate requirements for the joint debtor in the chapter 13 bankruptcy case.

    Joint Debtor died on November 3, 2019 and is therefore unable to sign a Domestic Support Certificate. The Notice of Death was filed on December 2, 2019 in the instant case as Docket Number 35.

    WHEREFORE, Debtor respectfully requests this Court to enter an Order Waiving the Discharge Requirements of the Domestic Support Obligation Certificate for the Joint Debtor.

DATED: 12/3/19

                                          Respectfully submitted:

                                          /s/Tom McAvity #00175
                                          Attorney for Debtor

MOTION TO WAIVE REQUIREMENTS                         Northwest Debt Relief Law Firm
                                                                                   Tom McAvity, OSB #00175
                                                                                   1312 Main St
                                                                                   Vancouver, WA 98660
                                                                                   Phone : (503)232-5303

# CERTIFICATE OF SERVICE

The undersigned certifies that ta copy of the foregoing MOTION TO WAIVE REQUIREMENTS was served upon the following addresses by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, US Mail, or where specified, electronically

By ECF:

US Trustee, Portland, OR
Wayne Godare, Case Trustee

DATED: 12/3/2019

/s/Thomas McAvity #001751
Attorney for Debtor

MOTION TO WAIVE REQUIREMENTS

Northwest Debt Relief Law Firm
Tom McAvity, OSB #00175
1312 Main St
Vancouver, WA 98660
Phone : (503)232-5303